# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

ERIC DILWORTH                                                                                    PLAINTIFF

V.                                                                                      NO. 1:18CV119-JMV

COMMISSIONER OF SOCIAL SECURITY                                                DEFENDANT

## ORDER *SUA SPONTE* GRANTING ADDITIONAL TIME

Upon further review of the record of this case, the Court finds that because the *pro se* Plaintiff was only as of today mailed a copy of the September 14 Order [14] directing filing of briefs, Plaintiff should be, and is, hereby granted an additional thirty (30) days from this date in which to file his brief.

So Ordered this 11th day of October, 2018.

/s/ Jane M. Virden
U.S. MAGISTRATE JUDGE