# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**ERIC DILWORTH**                                                                            **PLAINTIFF**

**V.**                                                                                        **NO. 1:18CV119-JMV**

**COMMISSIONER OF SOCIAL SECURITY**                                        **DEFENDANT**

## ORDER

Before the Court is *pro se* Plaintiff Eric Dilworth's "Motion to Move Case to Pro Per" [28]. Essentially, Mr. Dilworth requests that the designation, "*pro se*," be removed from this case in order that he may obtain an attorney to represent him in this matter. To the extent it is Mr. Dilworth's understanding that he may not obtain counsel to assist him in this matter as long as it is designated "*pro se*," he is mistaken. Indeed, the *pro se* designation on this case is merely an administrative flag that in no way impedes Plaintiff's right to retain counsel of his choice to represent him, and it will not be removed unless and until Plaintiff actually retains counsel. Accordingly, the instant motion is denied as premature.

So ORDERED this 2nd day of January, 2019.

                                                            /s/ Jane M. Virden
                                                            U.S. MAGISTRATE JUDGE