IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISRICT OF MISSISSIPPI
ABERDEEN DIVISION

ERIC DILWORTH                                                                                  PLAINTIFF

NO. 1:18CV119-JMV

COMMISSIONER OF SOCIAL SECURITY                                                DEFENDANT

## FINAL JUDGMENT

Consistent with the Memorandum Opinion [40] entered today, the decision of the Commissioner is, hereby, **AFFIRMED,** and this case is **CLOSED**.

This, the 10th day of September, 2019.

/s/ Jane M. Virden
U. S. MAGISTRATE JUDGE